919 F.2d 136
 RICO Bus.Disp.Guide 7622
 Original Brass Rail Restaurants, Inc., Magtat Corporation,
Pre-Engineered Steel Building Co., Bowman (Julia),
Rowe (Thomas), Potts (Duane), Stefanik (Dennis)
v.
Firman (David, Anna Lee, Bernard, Samuel), Wolfe (John),
Newresco, Inc., Trass Rail/Northland Associates,
Frig-Air Corp., Northland Foods, Inc.,
BR III, Inc.
 NO. 90-3298
 United States Court of Appeals,
Third Circuit.
 OCT 24, 1990
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.